**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION FOR A CRIMINAL COMPLAINT FOR LUIS ANTIDIO OLIVERA** | Case No. ___MJ 26-0120-MU___ |

## AFFIDAVIT IN SUPPORT OF CRIMNAL COMPLAINT

I, Elaine Kimiyo Brown, Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and accompanying arrest warrant for **Luis Antidio Olivera**. All dates, times, locations, and/or amounts listed in my affidavit are approximations.

2.      I am a Special Agent with the FBI and I have been since February 13, 2022. I am currently assigned to the Mobile Division, Counter-Terrorism Squad. During my tenure with the FBI, I have conducted and assisted in numerous investigations into threats transmitted in interstate commerce. Throughout these investigations, I have debriefed witnesses and informants, as well as others who have

knowledge of the dangers these subjects present to their victims and the general public. My duties and responsibilities as a Special Agent include conducting criminal investigations of individuals and entities for possible violations of Federal laws, particularly those found in, but not limited to, Title 18 and Title 21 of the United States Code.

3.    I have personally participated in the investigation discussed below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other law enforcement officers, discussions with others involved in this investigation, and from my review of records, reports, and data obtained during the course of this investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included details of every aspect of the investigation.

4.    This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

5.    Title 18 United States Code Section 875(c) makes it a crime for any person to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

6.    Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Interstate Threatening Communications, 18 United States

Code Section 875(c), have been committed by Luis Antidio Olivera ("OLIVERA") in the Southern District of Alabama.

## PROBABLE CAUSE

7.     By way of background, on or about January to early February of 2026, OLIVERA filed multiple civil cases in the 13th Judicial Circuit Court of Alabama. During that time and process, OLIVERA interacted with multiple circuit clerk and court personnel. The personnel described their initial interactions with him as amicable. However, as time went on, and OLIVERA would follow up on his cases, he became disgruntled and began directing his dissatisfaction on how his cases were progressing—specifically at employees of the clerk's office. When speaking with them, OLIVERA began to consistently yell and use disparaging and/or abusive language towards them. OLIVERA frequently told the employees that he was going to get them fired or have them arrested.

8.     During that same time, OLIVERA called the clerk's office multiple times a week, and sometimes multiple times per day via various telephone numbers. Following multiple hostile interactions with OLIVERA, court and circuit clerk personnel were instructed by a Circuit Court Judge to record OLIVERA's phone calls when he called.

9.     On or about the week of February 25, 2026, OLIVERA called the clerk's office about one or more of his cases being dismissed. A portion of this call

was recorded. OLIVERA told the deputy clerk that he was going to arrive at the courthouse on February 25 or February 27, 2026, with "the cops" to arrest the court personnel for "tampering with evidence and obstruction of justice."

10.   OLIVERA did arrive at the courthouse on or about February 26, 2026. Upon arrival, he went to the clerk's office and to service window of employee "M.R." OLIVERA yelled at and berated M.R. and the personnel he interacted with, voicing his anger that a Judge had dismissed at least one of his civil cases. Personnel assisted OLIVERA with filing an appeal to this decision. OLIVERA's behavior escalated to the extent of law enforcement intervention, and he was ultimately escorted out of the building by police.

11.   A short time later, on March 9, 2026, OLIVERA appeared at a show cause hearing that was held to address his behavior toward court and clerk's office personnel. During this hearing, clerk's office employees testified regarding their interactions with OLIVERA, to include his yelling and abusive language.

12.   The District Judge presiding over the hearing admonished OLIVERA, instructing him that this behavior towards personnel would not be tolerated by the Court. The District Judge then told OLIVERA that his contact with the clerk's office would be limited to written mail only, that he could not show up in person to file matters in person with the clerk's office, and that he could not enter the courthouse without first checking with security in order to be escorted in the building.

Throughout this admonishment and despite multiple warnings, OLIVERA attempted to interrupt and talk over the District Judge multiple times. OLIVERA was found in contempt of court by the District Judge, and he was subsequently temporarily detained. The District Judge later expressed concern to law enforcement that OLIVERA may become violent towards personnel who were involved with his civil cases.

13.   A few weeks before, on or about February 11, 2026, OLIVERA went to the United States District Court for the Southern District of Alabama (USDC SDAL) to file three civil cases. During that time, he interacted with clerk's office intake personnel in a manner that left them concerned.

14.   An intake officer, "JR," who interacted and/or observed OLIVERA found that he seemed a bit off, extreme in a few of the things he said, and stated he frequently referenced his multiple websites in conversation with them. Following this interaction, JR researched the websites that OLIVERA had mentioned, to include the website "LuisOlivera.com." LuisOlivera.com does not require an account in order for a member of the public to view the posted content.

15.   On that website, JR observed multiple statements that he, along with other employees in the clerk's office, found concerning. JR then reported his concerns regarding OLIVERA's behaviors and website content to his leadership, which included the USDC SDAL Clerk of Court, who then referred this report to the USMS.

16. An inquiry for "luisolivera.com" on Whois.domaintools.com revealed that the registrant for LuisOlivera.com is Luis OLIVERA. Whois.domaintools.com is web-based database for registration, ownership, and technical information for domain names and IP addresses. OLIVERA's known phone number and the email address "siroliveraluis@gmail.com" were provided by the registrant. This is also a site that OLIVERA directed clerk personnel to view. The opening page of the site has "OLIVERA" listed at the top, along with the statement, "Welcome to My Personal Website." A picture of OLIVERA is posted directly below.

17. The registrant address associated with the same website is 1722 Sheridan Street, Hollywood, Florida, 33020. OLIVERA is a former military service member. The FBI's Military Operations Support Team confirmed this address to be associated with OLIVERA through an inquiry into the Defense Manpower Data Center. The database provides a record of this address for OLIVERA, along with his personal identifiers, such as date of birth and social security number.

18. In response to the request made by the clerk's office, and sharing concern, the USMS requested a threat assessment on OLIVERA to be conducted by the Threat Mitigation Unit (TMU) at the Gulf Coast Technology Center (GCTC) in Mobile, Alabama.

19. During the assessment, TMU analyzed OLIVERA's site, LuisOlivera.com. TMU analysts observed multiple grievances described by OLIVERA regarding what appear to be the same civil cases described earlier in this affidavit and filed in the 13th Judicial Circuit Court of Alabama. On this site, under the heading "MY LAWSUITS," there are links the user can select to learn more information. The links are categorized as, "Evidence of Defamation & Crimes that Luis A. Olivera Will Use against Culprits in Federal Courts," "Federal Lawsuit Legal Immunity Count Downs," "Lawsuit Queue/Status/Judgment," and "Sworn Statements." Throughout his site, OLIVERA describes the "crimes" he believes the state and federal court personnel and others were committing, such as obstruction of justice and evidence tampering.

20. During their review of the same, on or about February 25, 2026, TMU observed posted statements by OLIVERA that referred to deadly force directed at the clerk of courts and others. TMU saved an HTML copy of the webpage; a screengrab of a portion of that webpage can be seen below.

I HAVE WAY TOO MUCH GOVERNMENT BEING WEAPONIZED AGAINST ME, IM USING DEADLY FORCE FROM THIS POINT ON, IF I FEEL THREATENED AND IM EDGY AF! CONSIDER YOURSELF DEAD!

I HAVE A LEGAL EMERGENCY, I HAVE TO DOWNTOWN TO THE CLERK OF COURTS, IM RAISING HELL! I WANT EVERYONE FIRED! THE CORRUPTION AND WEAPONIZATION AGAINST ME IS WAY TOO MUCH! THEY ARE SABOTAGING MY CASES! IM LIVIDLY PISSED!

ANYONE INVOLVED, IM COMING AFTER YOU, LAWFULLY, AND IN ANY CASE WITH DEADLY FORCE, BECAUSE YOU ARE NOW A MULTI ACCOMPLICE IN MANY CASES AND CRIMES COMMITTED AGAINST ME, IM REFERING TO THE MEDIA NEWS! YOU BEEN TOLD TO STAY THE FUCK AWAY FROM ME!THIS IS WHY CBS GETS KIDNAPPED IN 1980'S, IN LAS VEGAS A YEAR OR TWO AGO, SOMEONE KILLS A MEDIA JOURNALIST, AND GUTHRIE DISAPEARANCE, BECAUSE THE SCUM MEDIA, CAUSES THE PROBLEMS.

BETWEEN THE CLERK OF COURTS, THE JUDGE, AND THE DOJ OF ALABAMA , THEY ARE ILLEGALLY AND WITH PURPOSE SABOTAGING MY CASES! IM FURIOUSLY FUCKING PISSED! ITS GOING TO BE USED AGAINST THEM IN FEDERAL DISTRICT COURT! THIS IS CORRUPTION!

21.     As pictured above, OLIVERA writes that he is "using deadly force form this point on" and to "consider yourself dead!" OLIVERA goes on to discuss "deadly force" later in his writing, stating that, "Anyone involved, I'm coming after you, lawfully, and in any case with deadly force. . ." OLIVERA then concludes with, "Between the clerk of courts, the judge, and the DOJ of Alabama, they are illegally and with purpose sabotaging my cases! I am furiously fucking pissed! It is going to be used against them in federal district court!"

22.     Based on my knowledge and experience, "deadly force" is commonly used term to describe violent physical action towards another individual or individuals that may bring death or serious physical injury to the other individual or individuals.

23.   Due to the nature of his interactions with personnel at the 13th Judicial Circuit Court of Alabama and the clerk's office, as well as personnel of the United States District Court, coupled with the communications posted on his site, to include threats of utilizing deadly force, there is growing concern that OLIVERA's propensity for violence is potentially increasing.

## CONCLUSION

24.   Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Interstate Threatening Communications, 18 United States Code Section 875(c), have been committed by Luis Antidio OLIVERA in the Southern District of Alabama.

25.   Accordingly, I respectfully request the Court issue a criminal complaint and an accompanying arrest warrant for Luis Antidio OLIVERA.

Dated March 27, 2026.

Elaine Kimiyo Brown
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS __27th__
DAY OF MARCH 2026

P. Bradley Murray    Digitally signed by P. Bradley Murray
Date: 2026.03.27 15:10:42 -05'00'

THE HONORABLE P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE